THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL R. JONES, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison,

476

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.